UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TIMOTHY SCOTT COLE,**

    Plaintiff,

v.                                         Case No. 8:05-CV-213-T-30EAJ

**SHELIA FOWLIE,**
**MARK LeCOURIS, and**
**THE CITY OF TARPON SPRINGS,**

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the Court *sua sponte*. Local Rule 1.04(a) of the Middle District of Florida provides that whenever a case has been docketed, assigned, and is terminated by any means and is thereafter refiled without substantial change in issues or parties, it shall be assigned, or reassigned if need be, to the judge to whom the original case was assigned. A previous case had been filed, docketed, and assigned to Judge James D. Whittemore in *Timothy Scott Cole v. Shelia Fowlie, et al.*, Case No. 8:04-CV-1525-T-24TGW. The issues and parties in this case are nearly identical to the issues and parties in the previous *Fowlie* case. Accordingly, this case should be reassigned to Judge James D. Whittemore.

It is therefore ORDERED AND ADJUDGED that Case No. 8:05-CV-213-T-30EAJ is hereby assigned to Judge James D. Whittemore pursuant to Local Rule 1.04(a) of the Local Rules of the Middle District of Florida.

**DONE** and **ORDERED** in Tampa, Florida on June 14, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
The Honorable James D. Whittemore
Counsel/Parties of Record

F:\Docs\2005\05-cv-213.order.wpd